UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00324-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. URIEL GAXIOLA-ARMENTA;
2. JOE MORENO;
3. RUBEN FAVABALA-ORTEGA;
4. OMAR OROZCO-LEYVA,

    Defendants.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, July 16, 2010,** and responses to these motions shall be filed by **Tuesday, July 27, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, September 13, 2010, at 1:30 p.m. in courtroom A-1002**.

Dated this 14th day of June, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief U. S. District Judge