IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00324-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    URIEL GAXIOLA-ARMENTA,
2.    JOE MORENO,
3.    RUBEN FAVABALA-ORTEGA, and
4.    OMAR OROZCO-LEYVA,

        Defendants.

---

**ORDER**

---

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure.

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, it is therefore

ORDERED that The Government's motion is granted, and that grand jury testimony may be disclosed to the defendants and their attorney in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their attorneys; that the defendants' attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States

1

at the end of the case.

Dated this 1st day of July, 2010.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE